United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AVERY,<br><br>       Plaintiff,<br><br>    v.<br><br>SUSAN KRONES, et al.,<br><br>       Defendants. | Case No.  13-cv-03372-JST (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to plaintiff's notice of voluntary dismissal (Docket No. 15), this case is DISMISSED without prejudice. See Fed. R. Civ. P. 41(a)(1).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  November 18, 2013

_____
JON S. TIGAR
United States District Judge